IN THE UNITED STATES BANKRUPTCY COURT
For the SOUTHERN DISTRICT of FLORIDA
MIAMI DIVISION

| | | |
|---|---|---|
| In re:<br>Stanley Pacheco<br><br>Debtor(s) | )<br>)<br>)<br>)<br>) | Chapter: 13<br>Case Number: 21-10746-LMI<br>Assigned to the Honorable:<br><br>REQUEST FOR SPECIAL NOTICE<br>[NO Hearing Required] |

TO THE CLERK:

The undersigned attorneys for:

UNITED CONSUMER FINANCIAL SVCS
Merchant Name: RAINBOW CLEANING SYSTEM

a creditor of the above referenced debtor.

Pursuant to the provisions of the Bankruptcy Code and Bankruptcy Rule 2002:

REQUEST IS HEREBY MADE that UNITED CONSUMER FINANCIAL SVCS be given and served with all notices given or required to be given in the case as follows:

UNITED CONSUMER FINANCIAL SVCS
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712

Accordingly, the undersigned attorney further requests that the foregoing name and address be added to the Master Mailing List.

Dated: 02/11/21
Account Number: ****6036

Respectfully submitted,
Bass & Associates, P.C.

By: /s/ Patti H. Bass  (AZ 016849)
Attorneys for Creditor
UNITED CONSUMER FINANCIAL SVCS
3936 E Ft Lowell Rd Suite 200
Tucson, AZ  85712-1083
(520) 577-1544
ecf@bass-associates.com