RE: Stanley E Pacheco & Jessica A Aguirre                                                           Case # 21-10746  LMI

**TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION (Pre 341)**

The Trustee reviewed this case for the meeting of creditors and found the following deficiencies from the Trustee's letter requesting documents and thus objects as follows:  Reviewed documents received prior to: 2/23/21

✔ Tax returns: 2020                    ✔ Corporate Tax Returns: 2019-2020
   Photo ID                              LF 90             ✔ LF 67         LF 10
   Plan does not fund properly
   Calculation errors      Missing months/amounts      Inconsistent terms      Plan form completed incorrectly
   Attorney fee itemization or Fee Application needed (see court guideline 6)
      Missing 2016(B)                                  ✔ Missing completed and signed copy of the Written Quest. to Debtor(s)
✔ Other provisions: ✔ IVL            100%       Lawsuit       Gambling        MMM
   Reaffirm, redeem or surrender Sch D or G creditor:
   MMM Motion not filed     Valuation motion not filed            Lien Avoidance motion not filed
   Priority debt on Schedule E not in plan:
   Creditor in Plan is not listed in Schedules or has not filed a POC:
   Creditor paid through the Plan has not filed a POC:
   Object or Conform to Proof of Claim:     Miami-Dade County      Tax Certificate (DE#    )     Dept of Revenue
      IRS
   OTHER PLAN ISSUES:



   Real Estate FMV and Payoff:
   Non-Homestead Information Sheet:
   Vehicles FMV (NADA/Carmax), Reg and Payoff:
   Other:
✔  Bank Account Statements     3 months pre-petition
   #1076  (1/21-1/28/21)

   Copy of check(s) and/or explanation:
   Explanation of withdrawal(s):
   401K/Retirement/Pension              Annuity              Life Insurance Policy
   Domestic Support Obligation form complete with info: name, address and phone
   Wage deduction order or Motion to waive
   BDQ & attachments            Profit/loss      Balance Sheet
   Business Bank statements and checks     3 months pre-petition



   Affidavit of support

   Trustee reserves the right to raise additional objects until all requested documents are timely provided. This deficiency is limited to missing documents only. The Trustee will file a Notice of Deficiency with additional document requested and legal issues raised after the 341 - meeting of creditors. I hereby certify that a true and correct copy of the foregoing was    served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.
   Submitted by **NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE P.O. BOX 279806, MIRAMAR, FL 33027**
   *DOCUMENTS MUST BE RECEIVED OR FILED AND ISSUES ADDRESSED AT LEAST FOURTEEN DAYS PRIOR TO EACH CONFIRMATION HEARING TO AVOID DISMISSAL*