**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:

                                                   Case No.: 21-10746-LMI-
                                                   Chapter 13

        Stanley E Pacheco & Jessica A Aguirre
                Debtor(s)       /

**OBJECTION TO CLAIM ON SHORTENED NOTICE**

*IMPORTANT NOTICE TO CREDITOR: THIS IS AN OBJECTION*
*TO YOUR CLAIM*

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the [trustee][debtor] objects to the following claim filed in this case:

| *Claim No.* | *Name of Claimant* | *Amount of Claim* |
|---|---|---|
| 13 | *United Consumer Financial Services* | *$2,034.60* |

Basis for Objection and Recommended Disposition

On or about April 8, 2021, United Consumer Financial Services ("Creditor"), filed a secured proof of claim for a Rainbow Cleaning Vacuum System in the amount of $2,034.60 with no arrearages and a secured portion of $627.28 (account ending in 6036). The collateral securing this debt is a vacuum system which the Debtors no longer have since the collateral broke and was disposed of. The Debtor requests the claim be stricken as a secured claim and allowed as a fully unsecured claim in the full amount of $2,034.60.

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

DATED: June 4, 2021                              Respectfully Submitted:
                                                               Robert Sanchez, P.A.
                                                                355 West 49th Street
                                                                Hialeah, FL 33012
                                                                Fl. Bar No. 0442161
                                                               Telephone: (305) 687-8008
                                                               E-Mail: court@bankruptcyclinic.com

LF-70 (rev. 12/01/09)